UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VIRTUAL CREATIVE ARTISTS LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>REDFIN CORPORATION,<br><br>                    Defendant. | CASE NO. C25-0142JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is the parties' stipulated motion for an extension of the deadline for Defendant to answer or otherwise respond to the complaint. (Mot. (Dkt. # 8).) The court GRANTS the motion. Defendant shall file its answer or response no later than March 24, 2025. Counsel are placed on notice that all future motions must be

//

MINUTE ORDER - 1

accompanied by a proposed order. *See* Local Rules W.D. Wash. LCR 7(b)(1).

Filed and entered this 14th day of February, 2025.

>RAVI SUBRAMANIAN
>Clerk of Court
>
>s/ Ashleigh Drecktrah
>Deputy Clerk

MINUTE ORDER - 2